AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| Ernesto Alonso ORNELAS-Villalpando | ) Case No. |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 18, 2019__ in the county of __Zapata__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326 | A citizen of Mexico, who has previously been REMOVED or has departed the United States while an order of REMOVAL is outstanding was thereafter found in the United States in or near Zapata, Texas the said Defendant having not obtained the consent of the Attorney General of the United States (prior to March 1, 2003) or of the Secretary of the Department of Homeland Security (March 1, 2003 and thereafter- Title 6, United States Code, Sections 202 and 557) for the reapplication by the said Defendant for admission into the United States. |

This criminal complaint is based on these facts:

On or about December 18, 2019 the defendant Ernesto Alonso ORNELAS-Villalpando was apprehended near Zapata, Texas. After a brief interview it was determined that, Ernesto Alonso ORNELAS-Villalpando was an undocumented alien from Mexico and subsequently placed under arrest. Further investigation revealed that Ernesto Alonso ORNELAS-Villalpando was previously REMOVED from the United States on 02/09/2018 at Laredo, Tx. There is no record that Ernesto Alonso ORNELAS-Villalpando has applied for or received permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

☐ Continued on the attached sheet.

/S/Joshua Steele
*Complainant's signature*

Joshua Steele , Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence,

Date: December 20, 2019

*Judge's signature*

City and state: Laredo, Texas

Diana Song Quiroga , U.S. Magistrate Judge
*Printed name and title*